IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| DANIEL JAMES MERCER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 08-4062 |
| | § | JURY TRIAL DEMANDED |
| THE KANSAS CITY SOUTHERN | § | |
| RAILWAY COMPANY AND | § | |
| DOMTAR INDUSTRIES, INC. | § | |
| | § | |
| Defendant. | § | |

## AMENDED FINAL JUDGMENT

ON July 10, 2009, The Court Entered Its JUDGEMENT reflecting that all claims had been settled, with the Court retaining jurisdiction to vacate the judgment and to reopen the action upon cause shown that the settlement has not been completed and further litigation is necessary.

ON THIS DAY, came on to be considered the above-entitled and numbered cause; and, the parties announced to the Court that all matters in dispute have been compromised and settled and all consideration has been paid; and, the parties requested the Court to dismiss this cause with prejudice to refiling same; and, it appears to the Court that an Amended Final Judgment should be entered;

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this cause and all claims and cross-claims, if any, brought, as well as those claims which could have been brought, by each party against the other parties shall be dismissed with prejudice;

IT IS FURTHER ORDERED that each party shall bear the respective costs and attorney fees incurred by that party, and no costs or attorney's fees shall be assessed against the other party; and, all relief not expressly herein granted is denied. This Amended Final Judgment is now final and appealable.

SIGNED this _9_ day of _Sept._, 2009.

UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 0 9 2009

CHRIS R. JOHNSON, Clerk
By
   Deputy Clerk

- 1 -

Approved:

_____
Mr. Robert W. Schroeder, III
Patton, Tidwell & Schroeder, L.L.P.
4605 Texas Boulevard
Texarkana, Texas 75503

_____
William C. Gooding /By Permission KRK
Gooding & Crittenden, L.L.P.
2005 Moores Lane
P. O. Box 6168
Texarkana, Texas 75503

_____
Mr. J. Cotten Cunningham
Laser Law Firm, P.A.
101 South Spring Street, Suite 300
Little Rock, AR 72201